IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-02296-AP

CAROL L. MCCAFFREY,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES:**

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON<br>Attorney at Law<br>7960 S. Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>AtkinsonAJ@aol.com | TROY A. EID,<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS,<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.traskos@usdoj.gov<br><br>Mailing address:<br><br>1225 - 17th St., #700<br>Denver, CO 80202<br>Tele: 303-454-0100<br>Fax: 303-454-0404 |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

| | |
|---|---|
| **A. Date Complaint was filed:** | October 30, 2007 |
| **B. Date Complaint was served on U.S. Attorney's office:** | November 13, 2007 |
| **C. Date Answer and Administrative Record were filed:** | January 7, 2008 |

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD:

The Administrative Record appears to be complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters to bring to the Court's attention.

## 8. BRIEFING SCHEDULE

| | | |
|---|---|---|
| A. | **Plaintiff's Opening Brief due:** | March 10, 2008 |
| B. | **Defendant's Response Brief due:** | April 10, 2008 |
| C. | **Plaintiff's Reply Brief (if any) due:** | April 25, 2008 |

### 9. STATEMENTS REGARDING ORAL ARGUMENT

A.   **Plaintiff's statement**:

  Plaintiff does not request oral argument.

B.   **Defendant's statement**

  Defendant does not request oral argument.


### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.   **(  )  All parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.**

B.   **( X )  All parties have NOT consented to the exercise of jurisdiction of a United States Magistrate Judge.**


### 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEY'S OF RECORD, AND ALL *PRO SE* PARTIES.


### 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

  DATED this 28th day of January, 2008.

                              BY THE COURT

                              *s/John L. Kane*
                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| ANN ATKINSON, ESQ. | TROY EID<br>UNITED STATES ATTORNEY |
| */s Ann J. Atkinson*<br>Ann J. Atkinson, Attorney at Law<br>7960 South Ireland Way<br>Aurora, CO 80016-1904<br>Tele: 303-680-1881<br>Fax: 303-680-7891<br>Email: AtkinsonAJ@aol.com | *s/Kevin Traskos*<br>Kevin Traskos<br>Assistant U.S. Attorney<br>1225 17th Street, Suite 700<br>Denver, CO 80294<br>Tele: 303-454-0184<br>Fax: 303-454-0404<br>Email: Kevin.traskos@usdoj.gov<br><br>Attorneys for Defendant<br><br>Agency counsel for SSA:<br>Stephanie Fishkin Kiley<br>Assistant Regional Counsel<br>Social Security Administration<br>Tele: 303-844-0815<br>Email: Stephanie.Fishkin.Kiley@ssa.gov |