IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-2296-AP**

**CAROL L. McCAFFREY**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

Defendant's Unopposed Motion for Remand (doc. #23), filed April 23, 2008, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: April 24, 2008.

       BY THE COURT:

       *S/John L. Kane*
       JOHN L. KANE, SENIOR JUDGE
       UNITED STATES DISTRICT COURT