IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-02296-AP**

**CAROL L. McAFFREY,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Court, having reviewed the unopposed Motion to Approve Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d) dated April 30, 2008, having reviewed the file and being fully advised,

HEREBY ORDERS that the stipulation for attorney's fees under the Equal Access to Justice Act is approved, and the Defendant is ordered to pay to the Plaintiff, through counsel, the sum of $4,026.15 as and for attorney's fees under the EAJA.

DATED at Denver, Colorado, this 1st day of May, 2008.

                                                 **s/John L. Kane**
                                                 SENIOR U.S. DISTRICT JUDGE